UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAY INVESTMENTS,<br><br>          Plaintiff,<br>    vs.<br><br>McDONALD'S CORP.,<br>et al.,<br><br>          Defendants.<br>_____/ | CASE NO. CV F 06-0168 REC LJO<br><br>ORDER AFTER SETTLEMENT |

Counsel indicated that settlement has been reached. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, no later than June 30, 2006, to file papers to dismiss this action in its entirety.

This Court VACATES all court dates, including the May 23, 2006 scheduling conference, and any other pending matters.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to the violation of this order. *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   May 16, 2006**                              **/s/ Lawrence J. O'Neill**
66h44d                                                          UNITED STATES MAGISTRATE JUDGE